Expanded Surveillance of IP Address 68.7.76.126

**ISP:** Cox Communications
**Location:** Santee, CA

| Hit Date UTC | Filename |
|---|---|
| 12/20/2012 | Two.and.a.Half.Men.S10E11.HDTV.x264-LOL.mp4 |
| 12/20/2012 | Happy.Endings.S03E07.HDTV.x264-LOL.mp4 |
| 12/19/2012 | Angelica and Whitney - Tag Teamed HD 720p |
| 12/19/2012 | x-art_angelica_introducing_angelica_1080.mov |
| 12/19/2012 | LetsTryAnal - Study Distractions, Pooper Penetrations - Adrianna Lily.mp4 |
| 12/19/2012 | x-art_angelica_inside_perfection_1080.mov |
| 12/19/2012 | X-Art - Inside Perfection - Angelica [1080p].mov |
| 12/19/2012 | sexy employee - lilo.avi |
| 12/19/2012 | Tokyo-hot - An Indecent Woman - Alice Ozawa [Uncensored].avi |
| 12/19/2012 | Nikki Rider - Euro Domination 3 |
| 12/19/2012 | KBlaze |
| 12/19/2012 | Babes - Teenage Romance - Tiffany Thompson.mp4 |
| 12/19/2012 | Angelica Thailand (HA) |
| 12/19/2012 | How.I.Met.Your.Mother.S08E11.1080p.WEB-DL.DD5.1.H.264-BS [PublicHD] |
| 12/18/2012 | How.I.Met.Your.Mother.S08E12.1080p.WEB-DL.DD5.1.H.264-BS [PublicHD] |
| 12/17/2012 | The.Big.Bang.Theory.S06E11.1080p.WEB-DL.DD5.1.H.264 [PublicHD] |
| 12/17/2012 | Happy.Endings.S03E06.HDTV.x264-2HD.mp4 |
| 12/17/2012 | Modern.Family.S04E10.720p.WEB-DL.DD5.1.H.264-HWD [PublicHD] |
| 12/17/2012 | 112012-DRG-01.avi |
| 12/17/2012 | Happy.Endings.S03E05.720p.HDTV.X264-DIMENSION [PublicHD] |
| 12/16/2012 | Tokyo-hot - Go Hunting - Minako Watarai [Uncensored].avi |

EXHIBIT C

SCA35

| Hit Date  UTC | Filename |
|---|---|
| 12/16/2012 | PureMature - Flexible Body - Anissa Kate.mp4 |
| 12/16/2012 | Fucking Machines - Sasha Grey HD 720p |
| 12/16/2012 | Scarlets Beaver - Early Release 19.12.2012.mp4 |
| 12/15/2012 | FuckedHard18 - Sensi Pearl.wmv |
| 12/15/2012 | Amateur Allure - Allie James.mov |
| 12/15/2012 | NextDoorHookUps - Bossed Around - Delilah Blue.mp4 |
| 12/15/2012 | The.Big.Bang.Theory.S06E11.720p.HDTV.X264-DIMENSION [PublicHD] |
| 12/14/2012 | zm11038_1500.mp4 |
| 12/14/2012 | GFRevenge - So Good - Alannah.mp4 |
| 12/14/2012 | [ www.Speed.Cd ] - Raising.Hope.S03E01.Not.Indecent.But.Not.Quite.a.Dec.720p.WEB-DL.x264-mSD |
| 12/13/2012 | Raising.Hope.S03E06.HDTV.x264-LOL.mp4 |
| 12/13/2012 | Go.On.S01E08.720p.HDTV.X264-DIMENSION [PublicHD] |
| 12/13/2012 | Raising.Hope.S03E07.720p.HDTV.X264-DIMENSION [PublicHD] |
| 12/13/2012 | prnfle993x.mp4 |
| 12/13/2012 | Raising.Hope.S03E03.720p.HDTV.X264-DIMENSION [PublicHD] |
| 12/13/2012 | Listen.Up.S01E22.HDTV.XviD-TCM |
| 12/13/2012 | Hangover Part II Soundtrack [2011] - VA |
| 12/13/2012 | Go.On.S01E11.720p.HDTV.X264-DIMENSION [PublicHD] |
| 12/13/2012 | Go.On.S01E09.720p.HDTV.X264-DIMENSION [PublicHD] |
| 12/13/2012 | lay_me_down_big.mp4 |
| 12/13/2012 | Go.On.S01E10.720p.HDTV.X264-DIMENSION [PublicHD] |
| 12/13/2012 | Happy.Endings.S03E06.HDTV.XviD-AFG |
| 12/13/2012 | X-Art - Unforgettable View Part 1 - Addison [720p].mov |
| 12/13/2012 | Gravity.(2012).DVDRiP.XviD-Movie-Torrentz.[Movie-Torrentz] |
| 12/13/2012 | Updated PS Network + Xbox Live Code Generator Version 2012 [RH].rar |

EXHIBIT C

SCA35

| Hit Date  UTC | Filename |
|---|---|
| 12/13/2012 | Raising.Hope.S03E09.1080p.WEB-DL.DD5.1.H.264-BS [PublicHD] |
| 12/13/2012 | Raising.Hope.S03E10.720p.HDTV.X264-DIMENSION [PublicHD] |
| 12/13/2012 | Raising.Hope.S03E08.1080p.WEB-DL.DD5.1.H.264-BS [PublicHD] |
| 12/12/2012 | Valentina.Nappi.First.in.her.ass.BreakingAsses.2012_iyutero.com.mp4 |
| 12/12/2012 | Two and a Half Men S10E09 720p WEB-DL DD5.1 H.264-NFHD [PublicHD] |
| 12/12/2012 | Two and a Half Men S10E08 720p WEB-DL DD5.1 H.264-NFHD [PublicHD] |
| 12/12/2012 | Passion-HD - Country Girl - Dani Daniels.mp4 |
| 12/12/2012 | NextDoorAmateur - Kelly Anderson.wmv |
| 12/12/2012 | Anjelica - Must-Own Girl - 720p.mp4 |
| 12/11/2012 | Last.Resort.S01E08.1080p.WEB-DL.DD5.1.H.264-KiNGS [PublicHD] |
| 12/11/2012 | IKnowThatGirl - Good Fuck before her show - Kennedy Leigh.wmv |
| 12/11/2012 | How.I.Met.Your.Mother.S08E10.1080p.WEB-DL.DD5.1.H.264-BS [PublicHD] |
| 12/11/2012 | Tokyo-hot - Sensitive Meat Urinal - Nami Komatsu [Uncensored].avi |
| 12/11/2012 | PutaLocura - Swallowing the mega cumshot - Penelope Crunch [720p].wmv |
| 12/11/2012 | SellYourGF - Lisa aka Gina Gerson [720p].mp4 |
| 12/08/2012 | Two and a Half Men S10E07 1080p WEB-DL DD5.1 H.264-NFHD [PublicHD] |
| 12/08/2012 | How.I.Met.Your.Mother.S08E06.720p.HDTV.X264-DIMENSION [PublicHD] |
| 12/08/2012 | Two.and.a.Half.Men.S10E10.720p.HDTV.X264-DIMENSION [PublicHD] |
| 12/04/2012 | Babes - Azure - Jodi Taylor.mp4 |
| 12/04/2012 | X-Art - Christmas Vacation - Leila, Carmen [1080p].mov |
| 12/04/2012 | ESRI.ArcGIS.Desktop.v9.1 |
| 12/04/2012 | x-art_carmen_leila_christmas_vacation_720.wmv |
| 12/04/2012 | Caprice_SD.mp4 |
| 12/04/2012 | Doomsday Preppers Season 2 (2012) |
| 12/04/2012 | prnfle978x.wmv |

EXHIBIT C

SCA35

| Hit Date UTC | Filename |
|---|---|
| 12/04/2012 | Babes - Sensual Encounter - Jonni Hennessy.mp4 |
| 12/04/2012 | The Girl with the Dragon Tattoo 2011 CAM READNFO Xvid-26K |
| 12/04/2012 | Defloration - Hardcore - Gina Lutaja [720p].avi |
| 12/03/2012 | Il tesoro del castello senza nome - 06 - Prigioniera nella torre.avi |
| 12/03/2012 | AsianCandyPop - Living Dolls - Bebe.mp4 |
| 12/03/2012 | Football.Manager.2013-SKIDROW |
| 12/03/2012 | The.Walking.Dead.S03E08.720p.HDTV.x264-EVOLVE [PublicHD] |
| 12/03/2012 | Doomsday.Preppers.S02E03 |
| 12/03/2012 | The.Walking.Dead.S03E08.720p.HDTV.x264-EVOLVE.mkv |
| 12/03/2012 | The.Walking.Dead.S03E08.[1080i][5.1][TS][Secludedly] |
| 12/02/2012 | Doomsday.Preppers.S02E02 |
| 12/02/2012 | Breanne Benson - Putting on a Show HD720p (reshi5531) |
| 12/02/2012 | 0218 General Hospital.avi |
| 12/02/2012 | Doomsday.Preppers.S02E04 |
| 12/02/2012 | AsianCandyPop - Pim And Min.mp4 |
| 12/02/2012 | xxx105.avi |
| 12/02/2012 | Holly Michaels - Good Morning Holly HD720p (reshi5531) |
| 12/01/2012 | Ear Miller - Bibi Jones Aka Britney Beth |
| 12/01/2012 | WPDFtoEPUB 1.2.0.3 |
| 12/01/2012 | Kitchen Nightmares US S06E04 PDTV XviD-SaM[ettv] |
| 11/30/2012 | The Big Bang Theory S06E09 720p HDTV X264-DIMENSION [PublicHD] |
| 11/30/2012 | Younglegalporn - A Models Life - Lindsay Marie [720p].mp4 |
| 11/30/2012 | Rebecca and Natasha.mp4 |
| 11/29/2012 | Modern.Family.S04E08.720p.WEB-DL.DD5.1.H.264-HWD [PublicHD] |
| 11/29/2012 | Modern.Family.S04E08.720p.HDTV.X264-DIMENSION [PublicHD] |

EXHIBIT C

SCA35

| Hit Date UTC | Filename |
|---|---|
| 11/29/2012 | Modern Family S04E09 720p HDTV X264-DIMENSION [PublicHD] |
| 11/28/2012 | How I Met Your Mother S08E08 1080p WEB-DL DD5 1 H 264-BS [PublicHD] |
| 11/28/2012 | Sons.of.Guns.S03E16.Free.Fall.Shotgun.HDTV.XviD-AFG |
| 11/28/2012 | Happy.Endings.S03E04.720p.WEB-DL.DD5.1.H.264 [PublicHD] |
| 11/28/2012 | Lost In the Echo - Single |
| 11/27/2012 | Sons.of.Guns.S03E15.Nine.Guns.and.a.Shootout.HDTV.XviD-AFG |
| 11/27/2012 | MommyGotBoobs - ZZ Home - Ava Addams.mp4 |
| 11/27/2012 | Daredorm - Three Is A Crowd - Ivette.flv |
| 11/26/2012 | The.Walking.Dead.S03E07.1080p.WEB-DL.AAC2.0.H.264-Cyphanix [PublicHD] |
| 11/23/2012 | Asian Fuck Faces CD1.mp4 |
| 11/22/2012 | Big Dick In An Asian Chick [Split Scenes][2012] |
| 11/22/2012 | www bitreactor to Star Wars The Force Unleashed 2 RELOADED |
| 11/22/2012 | WowGirls - A Close Acquaintance - Paloma [720p].mp4 |
| 11/22/2012 | WowGirls - Make Me Wet - Guerlain, Madonna [1080p].mp4 |
| 11/22/2012 | Culioneros - Japanese Girl Gets Fucked In Public View - Miyuki Son [720p].mp4 |
| 11/22/2012 | Whitney.S02E02.720p.HDTV.X264-DIMENSION [PublicHD] |
| 11/22/2012 | WOWGIRLS.com Too Big And Too Tight 17.11 720P |
| 11/21/2012 | Bruno Mars - Locked Out of Heaven.mp3 |
| 11/20/2012 | hegre-art.com.Mirabell.SlippingSliding.XXX.[GoldenPirates] |
| 11/20/2012 | FuckTeamFive - Are Making The Movie.wmv |
| 11/20/2012 | The Amazing Spider-Man 2012 DVDRip XviD-PIRATE |
| 11/20/2012 | The Perks of Being a Wallflower 2012 BRRip XviD-STAR |
| 11/20/2012 | prnfle866x.mov |
| 11/20/2012 | Pitbull - Planet Pit Super Deluxe 2011 Stumpie1971 |
| 11/20/2012 | I Know That Girl - Wet And Easy - Staci Silverstone [720] [mp4] |

EXHIBIT C

SCA35

| Hit Date UTC | Filename |
|---|---|
| 11/20/2012 | Two.and.a.Half.Men.S10E06.720p.HDTV.X264-DIMENSION [PublicHD] |
| 11/20/2012 | [Leopard-Raws] Naruto SD ~Rock Lee no Seishun Full-Power Ninden~ - 30 (TX 1440x1080 MPEG2 AAC).ts |
| 11/20/2012 | Two and a Half Men S10E08 1080p WEB-DL DD5.1 H.264-NFHD [PublicHD] |
| 11/20/2012 | ATKPetites  Mali Myers |
| 11/20/2012 | X-Art - Beautiful Blowjob - Carlie |
| 11/20/2012 | hegre-art.com.Konata.ChokingOrgasm.XXX.[GoldenPirates] |
| 11/20/2012 | How.I.Met.Your.Mother.S08E07.720p.HDTV.X264-DIMENSION [PublicHD] |
| 11/19/2012 | The.Walking.Dead.S03E06.720p.HDTV.x264-IMMERSE [PublicHD] |
| 11/19/2012 | CollegeRules - Who can make the best sex tape.mp4 |
| 11/19/2012 | Pure18 - Happy Hase - Marica Hase.mp4 |
| 11/19/2012 | X-Art - Lovers Quarrel - Ivy [720p].wmv |
| 11/19/2012 | The.Walking.Dead.S03E06.720p.HDTV.x264-IMMERSE.mkv |
| 11/18/2012 | X-Art - Formidable Beauty - Beatrice [720p].mp4 |
| 11/18/2012 | Mia Malkova-CastingCouch.mp4 |
| 11/18/2012 | ThirdMovies.12.09.01.Naomi.West.Perky.Tits.Treat.XXX.1080p.MP4-VSEX[rbg] |
| 11/17/2012 | d18_naomiwest-wmvFullLow-1.wmv |
| 11/16/2012 | The.Big.Bang.Theory.S06E08.720p.HDTV.X264-DIMENSION [PublicHD] |
| 11/16/2012 | Ayumi Hamasaki - Together When |
| 11/16/2012 | LAST RESORT (2012) S01e05 x264 (WEB-DL) 1080p DD5.1 NLSubs B-Sam |
| 11/16/2012 | Up My Asian Ass-Katsuni.avi |
| 11/16/2012 | Suburgatory.S02E02.720p.HDTV.X264-DIMENSION [PublicHD] |
| 11/16/2012 | [ www.TorrentDay.com ] - Sons.of.Guns.S03E15.Nine.Guns.and.a.Shootout.480p.HDTV.x264-mSD |
| 11/16/2012 | End.of.Watch.2012.ENGLISH.DVDRip.-Lum1x-.avi |
| 11/16/2012 | 471-480 |

EXHIBIT C

SCA35

| Hit Date UTC | Filename |
|---|---|
| 11/16/2012 | Safety Not Guaranteed (2012) 1080p BluRay x264 + Subtitles [GlowGaze] |
| 11/16/2012 | X-Art - Vacation Fantasy - Susie [1080p].mov |
| 11/16/2012 | The.Watch.2012.1080p.SweSub.BluRay.x264-SPARKS |
| 11/16/2012 | The Dark Knight Rises (2012) 1080p BluRay AC3+DTS HQ Eng NL Subs |
| 11/16/2012 | Happy.Endings.S03E03.720p.HDTV.X264-DIMENSION [PublicHD] |
| 11/16/2012 | [BOOK_OF_COOL_DISC_01].iso |
| 11/16/2012 | The.Watch.2012.1080p.BluRay.x264.anoXmous |
| 11/16/2012 | [ www.TorrentDay.com ] - Sons.of.Guns.S03E16.Free.Fall.Shotgun.480p.WEB-DL.x264-mSD |
| 11/16/2012 | ?????? ? ??????? ?50 2012.pdf |
| 11/16/2012 | Savages 2012.DVDRip.LiNE.XviD.AC3.HQ.Hive-CM8 |
| 11/16/2012 | SexArt_-_Dani_Daniels_Holly_Michaels_and_Jasmine_W_A_Girl_Thing_HD_1080p |
| 11/16/2012 | Last.Resort.S01E07.720p.HDTV.x264-IMMERSE.mkv |
| 11/16/2012 | Cameron_750.mp4 |
| 11/16/2012 | Safety Not Guaranteed (2012) 1080p BluRay ac3+dts Eng NL Subs |
| 11/15/2012 | The Watch (HD).mp4 |
| 11/15/2012 | Looper 2012 DVDRip AC3 XViD-RemixHD |
| 11/15/2012 | Project.X.2012.DVDSCR.READNFO.x264.AAC-TASTE |
| 11/13/2012 | The Walking Dead S03E05 Season 3 Episode 5 HDTV x264 [GlowGaze] |
| 11/13/2012 | Liza Bluberry Virgin Defloration |
| 11/13/2012 | Tokyo-Hot - Maki Sarada [Uncensored] [720p].wmv |
| 11/13/2012 | prnfle551x.mp4 |
| 11/13/2012 | No Ordinary Family S01E13.HDTV.XviD-FQM[eztv] |
| 11/12/2012 | Two and a Half Men S10E05 1080p WEB-DL DD5.1 H.264-NFHD [PublicHD] |
| 11/11/2012 | Two and a Half Men S10E04 720p WEB-DL DD5.1 H.264-NFHD [PublicHD] |
| 11/11/2012 | The.Big.Bang.Theory.S06E07.1080p.WEB-DL.DD5.1.H.264 [PublicHD] |

EXHIBIT C

SCA35

| Hit Date  UTC | Filename |
|---|---|
| 11/11/2012 | Last.Resort.S01E06.720p.HDTV.x264-IMMERSE.mkv |
| 11/11/2012 | Tryteens - Mercedes.wmv |
| 11/11/2012 | Two.and.a.Half.Men.S10E05.720p.HDTV.X264-DIMENSION [PublicHD] |
| 11/11/2012 | The Watch 2012 720p HDrip AC3-ViBE |
| 11/11/2012 | Two and a Half Men S10E06 1080p WEB-DL DD5.1 H.264-NFHD [PublicHD] |
| 11/11/2012 | Two and a Half Men S10E05 720p WEB-DL DD5.1 H.264-NFHD [PublicHD] |
| 11/11/2012 | WoodmanCastingX  Little Caprice |
| 11/11/2012 | Modern.Family.S04E07.720p.HDTV.X264-DIMENSION [PublicHD] |
| 11/11/2012 | How.I.Met.Your.Mother.S08E05.720p.HDTV.X264-DIMENSION [PublicHD] |
| 11/11/2012 | Sons.of.Guns.S03E14.Shotgun.Superstars.vs.Red.Jacket.HDTV.XviD-AFG |
| 11/09/2012 | Shes So Cute 3 - Britney Beth.avi |
| 11/09/2012 | Gag Girls - Sonia |
| 11/08/2012 | Taken 2 2012 French DVDRip.x264 - ART3MiS |
| 11/08/2012 | Resident Evil Afterlife (2010) 3D H-SBS 1080p HQ3D Eng NL Subs |
| 11/07/2012 | Disgraced18 Sexual Distraction  Mia Malkova |
| 11/07/2012 | Muscle Pussy 2 - Yume Kimino [Uncensored].wmv |
| 11/06/2012 | Filipina Sex Diary - April |
| 11/05/2012 | The.Walking.Dead.S03E04.720p.HDTV.x264-IMMERSE [PublicHD] |
| 11/05/2012 | Alannah halloween special 01hd.wmv |
| 11/05/2012 | the.walking.dead.s03e04.hdtv.x264-2hd.mp4 |
| 11/05/2012 | Kinks-The Ultimate Collection (Darkside_RG) |
| 11/05/2012 | ????????, ??????? - ??????? ???????? ??????? ?????? (2002).pdf |
| 11/04/2012 | 6436.flv |
| 11/04/2012 | Gangnam Style (?????) |
| 11/04/2012 | Sinister (2012).DVDRip.BestQuality.UniQ |

EXHIBIT C

SCA35

| Hit Date  UTC | Filename |
|---|---|
| 11/04/2012 | Kung Fu Panda 2 DvDScr Xvid - ViSUALiSE |
| 11/04/2012 | Tiny.Chicks.Struggle.To.Fit.Huge.Dicks.2.XXX.DVDRip.XviD-STARLETS |
| 11/03/2012 | Modern.Family.S04E05.720p.WEB-DL.DD5.1.H.264-CtrlHD [PublicHD] |
| 11/03/2012 | Amateur Allure - Mika Sparxx Halloween Anal |
| 11/03/2012 | Tokyo-hot - Anal Virgin - Mako Nagase [Uncensored].avi |
| 11/03/2012 | Ben.and.Kate.S01E05.720p.HDTV.X264-DIMENSION [PublicHD] |
| 11/03/2012 | Defloration - Masha HD 1080p |
| 11/03/2012 | Hegre-ScreamingVolcanoOrgasmMassage.m4v |
| 11/03/2012 | getting_it_good_big.mp4 |
| 11/03/2012 | Modern.Family.S04E06.720p.HDTV.X264-DIMENSION [PublicHD] |
| 11/03/2012 | Modern.Family.S04E04.720p.WEB-DL.DD5.1.H.264-CtrlHD [PublicHD] |
| 11/03/2012 | Tokyo-Hot - Fuck TV - Anri Sugisaki [Uncensored].avi |
| 11/03/2012 | The.Big.Bang.Theory.S06E06.720p.HDTV.X264-DIMENSION [PublicHD] |
| 11/03/2012 | Ben.and.Kate.S01E06.HDTV.x264-LOL.mp4 |
| 11/03/2012 | The.Big.Bang.Theory.S06E05.720p.HDTV.X264-DIMENSION [PublicHD] |
| 11/01/2012 | Go On S01E05 HDTV x264-LOL[ettv] |
| 11/01/2012 | Pornstar Spa - Girls Get Happy Endings Too - Allison Moore [720] [mp4] |
| 11/01/2012 | Last.Resort.S01E04.1080p.WEB-DL.DD5.1.H.264-EMPiRE [PublicHD] |
| 11/01/2012 | Raising.Hope.S03E02.720p.HDTV.X264-DIMENSION [PublicHD] |
| 10/31/2012 | LAST RESORT (2012) S01e03 x264 (WEB-DL) 1080p DD5.1 NLSubs B-Sam |
| 10/31/2012 | ciara_full.wmv |
| 10/31/2012 | A Very Special Christmas 25 Years Album |
| 10/31/2012 | Ebbi - Hardcore.wmv |
| 10/31/2012 | Mockingbird.Lane.Pilot.720p.HDTV.X264-DIMENSION [PublicHD] |
| 10/31/2012 | prnfle726x.avi |

EXHIBIT C

SCA35

| Hit Date  UTC | Filename |
|---|---|
| 10/31/2012 | Last.Resort.S01E05.1080p.WEB-DL.DD5.1.H.264-EMPiRE [PublicHD] |
| 10/31/2012 | Raising.Hope.S03E05.HDTV.XviD-AFG |
| 10/31/2012 | Animal.Practice.S01E04.HDTV.XviD-AFG |
| 10/31/2012 | Theatre of the Absurd.rar |
| 10/31/2012 | Raising.Hope.S03E04.HDTV.x264-LOL.mp4 |
| 10/31/2012 | Weeds S08E03 See Blue and Smell Cheese and Die HDTV x264 - SYS  [eztv] |
| 10/31/2012 | Fansadox collection 321 - Dragonsabre.pdf |
| 10/31/2012 | MoneyTalks - Hungry for money - Jessa Rhodes.mp4 |
| 10/31/2012 | Raising.Hope.S03E04.720p.HDTV.X264-DIMENSION [PublicHD] |
| 10/31/2012 | prnfle717x.wmv |
| 10/31/2012 | Go On S01E04 HDTV x264-LOL[ettv] |
| 10/31/2012 | Homemade porn with a beautiful girl.avi |
| 10/31/2012 | Raising.Hope.S03E01.720p.HDTV.X264-DIMENSION [PublicHD] |
| 10/31/2012 | Midnight in Paris DVDRip |
| 10/31/2012 | Happy.Endings.S03E01.HDTV.XviD-AFG |
| 10/31/2012 | Animal.Practice.S01E03.HDTV.XviD-AFG |
| 10/31/2012 | CashForSexTape - Homemade XXX Massage Session And Hot Fuck - Katya.mp4 |
| 10/31/2012 | prnfle732x.avi |
| 10/31/2012 | The.Amazing.Spiderman.2012.iNTERNAL.1080p.BluRay.x264-BRHD [PublicHD] |

EXHIBIT C

SCA35