Leemore Kushner (SBN 221969)
KUSHNER LAW GROUP
801 North Citrus Avenue
Los Angeles, California 90038
Telephone: (323) 515-7894
Facsimile: (323) 544-8170
Email: lkushner@kushnerlawgroup.com

Attorneys for Plaintiff Malibu Media, LLC

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC, a California corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>JOHN DOE subscriber assigned IP address 68.7.76.126,<br><br>          Defendant. | Case No. **'13CV0437 WQHRBB**<br><br>**NOTICE OF PARTY WITH FINANCIAL INTEREST PURSUANT TO RULE 7.1** |

1 | PLEASE TAKE NOTICE that, pursuant to Rule 7.1, Plaintiff does not have a
2 | parent corporation nor does a publically held corporation own more than 10% of its
3 | stock.

4 | DATED: February 25, 2013                    KUSHNER LAW GROUP

8 |                                       By:       /s/ Leemore L. Kushner
9 |                                             Leemore L. Kushner
                                                Attorneys for Plaintiff Malibu Media, LLC